UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOHN MOCK, III                              :

        v.                                  :   NO. 3:97CR00004(EBB)

UNITED STATES OF AMERICA     :

RULING ON MOTION FOR RETROACTIVE
APPLICATION OF THE COCAINE BASE AMENDMENT

Defendant has moved, pro se, for a reduction in his sentence citing the recent amendment

to the Sentencing Guidelines relative to crack cocaine offenses.

On January 6, 1998, the court sentenced the defendant to 212 months' imprisonment and

4 years of supervised release following his plea of guilty to possession with intent to distribute

cocaine base in violation of 21 U.S.C. § 841(a)(1).  The court had found the defendant to be a

career offender under U.S.S.G. § 4B1.1(a).  As a result his total offense level of 31 under

§ 4B1.1(c)(B)  yielded a guideline range of 188 to 235 months of imprisonment.

Because defendant was sentenced as a career offender and did not receive a downward

departure, he is ineligible in accordance with U.S.S.G. § 1B1.10, comment, for a sentence

reduction, and the motion [Doc. No. 89] is denied.

ORDERED.

/s/ Ellen Bree Burns, SUSDJ

ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated at New Haven, CT, this 23 day of June, 2009.